

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00470-CV

Ex Parte **K.R.K.**

From the 85th Judicial District Court, Brazos County, Texas
Trial Court No. 13-000819-CV-85
Honorable Jimmy Don Langley, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Appellant K.R.K.

SIGNED June 25, 2014.

Patricia O. Alvarez, Justice